IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFF PHILLIPS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>        Defendant. | Case No. 12-CV-0307-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Continental Tire the Americas, LLC, and against plaintiff Jeff Phillips.

                                        **NANCY J. ROSENSTENGEL**

                                        **By:s/Deborah Agans, Deputy Clerk**

May 14, 2013


**Approved:**     s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**